In the Matter of TRENASIA J., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 1.)

In the Matter of RAYMOND J., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 2.)

In the Matter of TAVIA J., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 3.)

In the Matter of BRIJE D., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FRANK J., Appellant. (Proceeding No. 4.)

Submitted March 24, 2014; decided March 27, 2014

Motion for poor person relief granted.

In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted March 17, 2014; decided March 27, 2014

Motion by Independent Oil and Gas Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of WORKING FAMILIES PARTY, Appellant, v FERN A. FISHER, Deputy Chief Administrative Judge for New York City Courts, et al., Respondents.

Submitted March 3, 2014; decided March 27, 2014

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Chief Judge LIPPMAN taking no part.